# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Forest River Farms, et al.

                           Plaintiff,

v.                                                     Case No.: 1:22–cv–00188
                                                          Honorable Martha M. Pacold

Deere & Co.

                           Defendant.

## DIVISIONAL TRANSFER NOTICE

DIVISIONAL TRANSFER Notice. Case transferred to Western Division – Rockford. (jp, )